RECEIVED
DEC 28 2006
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

ORIGINAL

# In The United States Court of Federal Claims

Cover Sheet 06-910 L

Plaintiff(s) or Petitioner(s)
NEZ PERCE TRIBE

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): K. HEIDI GUDGELL
Firm Name: NEZ PERCE TRIBE
Post Office Box: P.O. BOX 305
Street Address: 100 AGENCY ROAD
City-State-Zip: LAPWAI, ID 83540
Telephone & Facsimile Numbers: (208) 843-7355 ** FAX (208) 843-7377

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☐ Yes ■ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 5 0 4
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain. ____

Agency Identification Code: D O I
See attached sheet for three-digit codes.

Amount Claimed: $ "To be determined"
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ■ No
If yes, please note that two copies are necessary.

Bid Protest: N/A
Indicate approximate dollar amount of procurement at issue: $____
Is plaintiff a small business? ☐ Yes ■ No

Vaccine Case: N/A
Date of Vaccination: ____

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ■ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

ORIGINAL