IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NEZ PERCE TRIBE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-910 L |
| | ) | Judge Charles F. Lettow |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

To the Clerk of the Court:

Please enter the appearance of E. Kenneth Stegeby as Attorney of Record for Defendant United States of America in this case.

Service of all papers in this case by United States Mail should be made to the following address:

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P. O. Box 663
Washington, D.C. 20044-0663

Overnight and hand deliveries should be made to the following street address:

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D St., N.W., Room 3205
Washington, D.C. 20004

Respectfully submitted this 20th day of February, 2007,

MATTHEW J. McKEOWN
Acting Assistant Attorney General

*s/E. Kenneth Stegeby*

E. KENNETH STEGEBY
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P. O. Box 663
Washington, D.C. 20044-0663
Tel: 202.616.4119
Fax: 202.305.0506
Email: kenneth.stegeby@usdoj.gov

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG
MARTIN J. LALONDE
U.S. Department of Justice
Environment & Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Tel: (202) 305-0247
Fax: (202) 353-2021

KENNETH DALTON
Office of the Solicitor
Division of Indian Affairs
Department of the Interior
Washington, D.C. 20240

TERESA DAWSON
United States Department of the Treasury
Office of the Chief Counsel
Financial Management Service
Washington, D.C. 20227