IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE NEZ PERCE TRIBE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 06-cv-00910-CFL<br>Judge Charles F. Lettow |

**PARTIES' JOINT MOTION FOR STAY OF LITIGATION AND [PROPOSED] ORDER**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims ("RCFC"), the parties respectfully request that this Court issue a stay of the litigation of this case, effective immediately, to and including February 26, 2008. The grounds for this joint motion are as follows:

1. Plaintiff filed this case on December 28, 2006. See Complaint, Doc. 1. Additionally, in conjunction with ten other named Tribes, Plaintiff filed a companion case, and putative class action, for declaratory and injunctive relief in the United States District Court for the District of Columbia, Nez Perce Tribe v. Kempthorne, No. 1:06-cv-02239-JR (D.D.C.), on December 28, 2006. Plaintiff makes allegations in both cases relating to the trust accounting and other trust duties and responsibilities allegedly owed by Defendant to Plaintiff.

2. Under RCFC 12, the deadline for Defendant to file its Answer or otherwise respond to the Complaint in this case is currently February 26, 2007.

3. Before and after the filing of Plaintiff's cases, Plaintiff's counsel of record conferred with Defendant's counsel about the cases, and, among other things, they discussed and agreed that (a) the trust mismanagement issues and claims raised by Plaintiff in this case are secondary to the trust accounting issues and claims asserted by Plaintiff in its companion case, Nez Perce Tribe, No.

1:06-cv-02239-JR; (b) the disposition of the issues and claims in Nez Perce Tribe, No. 1:06-cv-02239-JR, would have a significant influence and impact on the disposition of issues and claims in this case; (c) the outcome of the Tribal Trust Fund Settlement Project currently under way between the Inter-Tribal Monitoring Association and the Office of Historical Trust Accounting (OHTA) of the United States Department of the Interior (in which process Plaintiff and other Tribes are participating) might have an influence and impact on the issues and claims in this case; and (4) the parties would seek a stay of litigation, to and including February 26, 2008, so that they could be informed and guided in their determination about whether and how to proceed in this case, by the outcomes, developments, and dispositions of the events and activities described above.

4. After the filing of Plaintiff's cases, counsel for the parties also discussed the fact that, by counsel's computation, there are presently about 103 Tribal trust accounting and trust mismanagement lawsuits pending in this Court,[1/] in the United States District Court for the District of Columbia,[2/] and in the United States District Courts in Oklahoma.[3/] See Exhibit (Exh.) 1. Given the number of cases and the significant potential for overburdening already limited resources, counsel for the parties agreed that it would be sensible for the Tribes in litigation (including Plaintiff) and Defendant to work together to formulate and execute an appropriate joint and cooperative response to or method for handling or resolving the cases without the need for litigation,

---

[1/] There are currently 57 Tribal trust cases, including this one, in the Court of Federal Claims. See Exhibit (Exh.) 1.

[2/] There are currently 37 Tribal trust cases, including Plaintiff's companion case, Nez Perce Tribe, No. 1:06-cv-02239-JR, in the United States District Court for the District of Columbia. Exh. 1. Most of the Tribes bringing these lawsuits (like Plaintiff) have also filed companion cases in the Court of Federal Claims. Id.

[3/] There are currently nine Tribal trust cases in the United States District Courts in Oklahoma. Exh. 1. Most of the Tribes bringing these lawsuits have also filed companion cases in the Court of Federal Claims. Id.

if possible.

5. To that end, Defendant's counsel has been and continues to be working diligently with attorneys from the Solicitor's Office for the Interior Department and from the Chief Counsel's Office for the Financial Management Service of the United States Department of the Treasury (i.e., the federal agencies principally involved in the Tribal trust accounting and trust mismanagement issues and claims raised by the Tribes, including Plaintiff in this case and in its companion case, Nez Perce Tribe, No. 1:06-cv-02239-JR) and with counsel for the Tribes in the cases (including counsel for Plaintiff herein and counsel for Plaintiff in Nez Perce Tribe, No. 1:06-cv-02239-JR), to determine the feasibility of developing a joint, cooperative approach for resolving the Tribes' issues and claims as an alternative to litigation.

6. Based on the foregoing, the parties hereby respectfully request that the Court grant the following relief:

a. Temporarily stay the litigation of this case, to and including February 26, 2008;

b. Make the temporary stay effective immediately, thus deferring, among other things, the time and obligation for Defendant to file its Answer or otherwise respond to the Complaint, until after the termination of the temporary stay;

c. Order that the parties file a joint status report on or before February 26, 2008, informing the Court of the status of their efforts to resolve the issues and claims of this case (if any) and of Plaintiff's companion case, Nez Perce Tribe, No. 1:06-cv-02239-JR, and making a proposal to the Court about whether and how to proceed with this case; and

d. Direct that, in the event that the parties seek to reinstate and proceed with the litigation of this case, the parties set forth, in their joint status report and proposal, their

recommendations regarding the deadlines for such items as the filing by Defendant of its Answer or response to the Complaint and the filing of the parties' Joint Preliminary Status Report (JPSR) pursuant to RCFC Appendix A, ¶ 4.

7. On the one hand, the granting of this joint motion would serve the public interest by promoting judicial economy and conserving the parties' limited resources. Further, it would not cause any undue prejudice or harm to the rights and interests of the parties herein. On the other hand, the denial of the joint motion would unduly interfere with the parties' ability to confer among themselves and with the Tribes in the other Tribal trust accounting and trust mismanagement lawsuits and possibly devise an efficient, cost-effective, and resource-conserving way for addressing and handling the 103 cases (or some portion of those cases) that have been filed by Plaintiff and other Tribes in this Court and in the United States District Courts.

WHEREFORE, the parties respectfully request that their motion for temporary stay of litigation be GRANTED.

Respectfully submitted this 20th day of February, 2007,

MATTHEW McKEOWN
Acting Assistant Attorney General

*/s/ K. Heidi Gudgell*

K. HEIDI GUDGELL
Office of Legal Counsel
Nez Perce Tribe
P.O. Box 305
Lapwai, ID 83540
Tel: (208) 843-7355
Fax: (208) 843-7377

Attorney of Record for Plaintiff

*/s/ E. Kenneth Stegeby*

E. KENNETH STEGEBY
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 616-4119
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG
MARTIN J. LALONDE
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Tel: (202) 305-0247
Fax: (202) 353-2021

KENNETH DALTON
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing JOINT MOTION FOR TEMPORARY STAY AND [PROPOSED] ORDER was served on February 20, 2006, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid, and by electronic mail or telefax, unless otherwise noted below, on the following counsel:

K. HEIDI GUDGELL
Office of Legal Counsel
Nez Perce Tribe
P.O. Box 305
Lapwai, ID 83540
Fax: (208) 843-7377

*/s/ E. Kenneth Stegeby*
E. KENNETH STEGEBY