IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-910

(Filed: March 1, 2007)

NEZ PERCE TRIBE,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is a joint motion, filed February 20, 2007, requesting that proceedings be stayed to and including February 26, 2008.

For good cause shown, the parties' motion is **GRANTED**. Further proceedings in this case shall be suspended until February 26, 2008. The stay of proceedings shall automatically cease on that date, and the case will then again become active. The parties shall file a joint status report on or before February 26, 2008.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge