**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **NEZ PERCE TRIBE,**<br><br>Plaintiff,<br><br>vs.<br><br>**UNITED STATES OF AMERICA,**<br><br>Defendant. | **Case No. 06-910L**<br>**Judge Charles F. Lettow**<br><br>**PARTIES' JOINT STATUS REPORT, SECOND JOINT MOTION FOR STAY OF LITIGATION, AND [PROPOSED] ORDER** |

COME NOW, the Nez Perce Tribe ("Tribe") and the United States, by and through their undersigned attorneys of record, and pursuant to this Court's March 1, 2007 Order (Doc. No. 7), jointly submit this Joint Status Report. The Parties also jointly move this Court, pursuant to Rule 6.1 of the Rules of the Court of Federal Claims ("RCFC"), for an order continuing the temporary stay of litigation in this case, effective immediately, through February 27, 2009. The Parties' Second Joint Motion for Stay of Litigation is supported by the Declaration of Mary Zuni (the "Zuni Declaration") submitted herewith and is made on the grounds that the Parties are, and have been, actively engaged in a process that could result in a settlement of the issues in this case. The Parties submit the following as both a status report and the Parties' argument supporting their Second Joint Motion for Stay of Litigation.

Since the Court entered its March 1, 2007 Order staying the litigation of this case, the Parties have continued to work toward a mutually agreeable resolution of the Tribe's claims in this case. The Tribe and the United States are continuing to participate in the Tribal Trust Fund Settlement Project ("TTFSP"), which was established in December of 2004 as a cooperative

undertaking between the Office of Historical Trust Accounting ("OHTA"), an office within the Department of the Interior, and the InterTribal Monitoring Association (ITMA"), a national non-profit consortium comprised of 65 Indian tribes. Zuni Declaration ¶¶ 2, 5 and 6.

The main goal of the TTFSP is to determine whether a framework can be developed to analyze the government's stewardship of Indian trust resources, including the proceeds associated with such Indian trust resources, in order to provide one or more of the participating tribes with alternative dispute resolution approaches for accomplishing one or more of the following objectives: (a) developing a framework to establish historic or current agreed-upon trust account balances; (b) satisfying some or all of the government's obligation to provide an accounting to tribal trust beneficiaries; and (c) resolving some or all of their trust mismanagement claims regarding the government's stewardship of tribal trust resources. Zuni Declaration ¶ 8.

The Tribe is one of seven federally-recognized Indian tribes from around the country that are participating in the TTFSP (the "Project Tribes"). Zuni Declaration ¶ 7. The Project Tribes were chosen to ensure that the TTFSP included a geographically diverse range of Indian tribes with varying land bases, natural resources, and trust accounts. *Id*.

The Parties anticipate that there will be two phases to the TTFSP. Phase I has involved the development of a framework to utilize the information contained in the reports prepared by Arthur Anderson LLP for each of the Project Tribes. In Phase II, the Phase I framework will be made available for use by any interested Indian tribes (whether or not they participated in Phase I) as an alternative dispute resolution mechanism for their trust mismanagement claims. Zuni Declaration ¶ 9.

In addition, the Parties agree that a stay of this litigation would be cost-effective and promote the interests of judicial economy. There are approximately 101 Tribal trust accounting and trust mismanagement lawsuits currently pending in various Federal courts. *See* Exhibit 1 to the Parties' Joint Motion for Stay of Litigation filed on February 20, 2007 (Doc. No. 5). Two of those cases are actions in which the Tribal plaintiffs have requested class certifications. *Nez Perce Tribe v. Kempthorne*, No. 1:06-cv-02239-JR (D.D.C.) (the "*Nez Perce Accounting Case*"); *Te-moak Tribe of Western Shoshone Indians v. Norton*, No. 1:05-cv-02500-JR (D.D.C.). In the *Nez Perce Accounting Case*, the District Court recently denied the United States' motion for remand. The Parties have met and conferred and will be filing their joint report with the District Court pursuant to Local Rule of Civil Procedure 16.3(d) by March 6, 2008, after which the District Court will issue a case management order.

Given that number of cases, counsel for the Parties agree that it would be appropriate for the Tribe and the United States to continue to work together in this case to formulate and execute a joint and cooperative method for handling or resolving this matter without the need for litigation, if possible. To that end, the Parties continue to work diligently on the TTFSP so as to determine the feasibility of using that joint, cooperative approach for resolving the Tribes' issues and claims as an alternative to litigation.

The Parties herein continue to agree that: (a) the trust mismanagement issues and damages claims raised by the Tribe in this case are secondary to the trust mismanagement issues and accounting claims asserted by the Tribe in the *Nez Perce Accounting Case*; (b) the disposition of the issues and claims in the *Nez Perce Accounting Case* would have a significant influence and impact on the disposition of issues and claims in this case; (c) if the TTFSP is

successful, the framework developed there will likely contribute to a resolution of some, or all, of the issues and claims in this case and the *Nez Perce Accounting Case*; and (4) a stay of litigation through February 27, 2009, is appropriate so the Parties can be informed and guided in their determination about whether and how to proceed in this case, by the outcomes, developments, and dispositions of the events and activities described above.

Based on the foregoing, the Parties hereby respectfully request that the Court grant the following relief:

a. Continue the stay of litigation of this case, effective immediately, through February 27, 2009, thus deferring, among other things, the time and obligation for United States to file its Answer or otherwise respond to the Complaint until after the termination of the stay;

b. Order that the Parties file a joint status report on or before February 27, 2009, informing the Court of the status of their efforts to resolve the issues and claims in this case and the *Nez Perce Accounting Case* and making a proposal to the Court about whether and how to proceed with this case; and

c. Direct that, in the event that the Parties seek to reinstate and proceed with the litigation of this case, the Parties' joint status report shall include their recommendations regarding the deadlines for such items as the filing of the United States' Answer or response to the Complaint and the filing of the Parties' Joint Preliminary Status Report (JPSR) pursuant to RCFC Appendix A, ¶ 4.

The Parties believe that granting this joint motion will serve the public interest by promoting judicial economy and will benefit the Parties by allowing a more cost-effective approach to resolving the issues in this case. Further, it would not cause any undue prejudice or

harm to the rights and interests of the Parties herein. The Parties further believe that denial of this joint motion would unduly interfere with the Parties' ability to confer among themselves and with the Tribes involved in the other Tribal trust accounting and trust mismanagement lawsuits and possibly devise an efficient, cost-effective, and resource-conserving way for addressing some or all of the issues in the 101 pending cases.

WHEREFORE, the Parties respectfully request that their second joint motion for temporary stay of litigation be GRANTED.

Respectfully submitted this 26th day of February, 2008.

RONALD J. TENPAS
Assistant Attorney General

s/K. Heidi Gudgell by s/E. Kenneth Stegeby
K. HEIDI GUDGELL
Senior Staff Attorney
Office of Legal Counsel
Nez Perce Tribe
P.O. Box 305
Lapwai, ID 83540
Tel: (208) 843-7355
Fax: (208) 843-7377

Attorney of Record for Plaintiff

s/ E. Kenneth Stegeby
E. KENNETH STEGEBY
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 616-4119
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:
ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0247
Fax: (202) 353-2021

MICHAEL BIANCO
Office of the Solicitor
United States Department of the Interior

Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227