**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**NEZ PERCE TRIBE,**

Plaintiff,

vs.

**UNITED STATES OF AMERICA,**

Defendant.

**Case No. 06-910L**
**Judge Charles F. Lettow**

**[PROPOSED] ORDER**

Pending before the court is the Parties' Joint Status Report, Second Joint Motion for Stay of Litigation, and [Proposed] Order, filed February 26, 2008, requesting that proceedings be stayed to and including February 27, 2009.

For good cause shown, the Parties' motion is **GRANTED**. Further proceedings in this case shall be suspended until February 27, 2009. The stay of proceedings shall automatically cease on that date, and the case will then again become active. The Parties shall file a joint status report on or before February 27, 2009.

It is so **ORDERED**.

____________________________
Honorable Charles F. Lettow
Judge, United States Court of Federal Claims