IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-910L

(Filed: February 27, 2008)

NEZ PERCE TRIBE,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court are the parties' joint status report and second joint motion for stay, both filed February 26, 2008. The parties request that proceedings be stayed to and including February 27, 2009.

The court is certainly not adverse to parties settling cases through alternative processes such as those suggested in the joint status report and motion. However, the court is also obligated to ascertain whether it has jurisdiction over this matter in light of 28 U.S.C. § 1500. The court therefore DENIES the motion to extend the stay. The temporary stay previously entered is LIFTED.

The parties are requested to file a joint status report on or before March 18, 2008, setting out their views as to whether *Nez Perce Tribe v. Kempthorne*, No. 1:06-cv-02239-JR (D.D.C.) (the "*Nez Perce Accounting Case*") or this case was filed first. The court notes that the cases were filed on the same day but that it is not apparent from the paper record which case was filed first.

The court will hold a telephonic status conference on March 26, 2008 at 3:00 p.m. EST to address the applicability of 28 U.S.C. § 1500. The court will initiate the call.

It is so ORDERED.

s/ Charles F. Lettow
Judge