**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **NEZ PERCE TRIBE,**<br><br>Plaintiff,<br><br>vs.<br><br>**UNITED STATES OF AMERICA,**<br><br>Defendant. | **Case No. 06-910L**<br>**Judge Charles F. Lettow** |

**JOINT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE JOINT REPORT AND FOR CONTINUANCE OF JOINT STATUS CONFERENCE, AND [PROPOSED] ORDER**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims ("RCFC"), Plaintiff Nez Perce Tribe and Defendant United States respectfully make this joint motion for enlargement of time, to and including April 1, 2008, within which to file their court-ordered joint report regarding the applicability of 28 U.S.C. § 1500 to this case, and for a continuance of the court-ordered joint status conference on the matter, to April 9, 2008, at 3 p.m. (Eastern time). The current filing deadline for the joint report is March 18, 2008, and the joint status conference is currently scheduled for March 26, 2008. This joint motion is the parties' first such motion. The grounds for the joint motion are as follows:

1. On February 26, 2008, the parties filed a joint status report, their second joint motion for stay of litigation, and [proposed] Order, seeking in part an extension of the temporary stay of litigation in this case, until February, 2009, on the grounds that the parties are "actively engaged in a process that could result in a settlement of the issues in this case." *See* Joint Status Report, Docket ("Dkt.") 8, at 1.

2. On February 27, 2008, the Court denied the second joint stay motion on the grounds

that the Court is "obligated to ascertain whether it has jurisdiction over this matter in light of 28 U.S.C. § 1500." Dkt. 9. Further, the Court lifted the temporary stay and requested that the Parties "file a joint status report on or before March 18, 2008, setting out their views as to whether Nez Perce Tribe v. Kempthorne, No. 1:06-cv-02239-JR (D.D.C.) (the "Nez Perce Accounting Case") or this case was filed first." *Id*. The Court also ordered that a telephonic status conference be held on March 26, 2008 at 3:00 p.m. EST "to address the applicability of 28 U.S.C. § 1500." *Id*.

3. On March 6, 2008, counsel for the parties conferred by telephone and discussed their research and informational needs, drafting, and scheduling for the court-ordered joint report on the filings of the Complaints in this case and the *Nez Perce* accounting case in the United States District Court. Among other things, counsel for Plaintiff described her need to contact the appropriate personnel at the Clerk's Offices for this Court and the United States District Court in D.C. to obtain the requisite information about filing processes and procedures. Further, counsel for the parties talked about their work schedules relating to this case, as well as their work and travel schedules associated with other unrelated cases. Plaintiff's counsel stated that she will be busy with depositions in an unrelated matter and therefore unavailable between March 10 and 13, 2008. Also, one of Defendant's counsel is on travel and otherwise fully engaged with unrelated cases on March 10-13, 2008, and on March 17-21, 2008. Thus, counsel made the determination that they would need additional time to prepare the joint report, exchange and review drafts thereof, provide and address or incorporate comments thereon, and finalize and file the joint report. Prior to filing the joint report, Defendant's counsel will also need to obtain the reviews and comments of the appropriate officials and employees of the United States Departments of the Interior and of the Treasury (the two federal agencies primarily involved in this litigation).

4. Also on March 7, 2008, counsel for the parties contacted this Court's law clerk, inquired about the possibility of seeking a continuance of the joint status conference, and learned that it might be possible to seek such a continuance to April 9, 2008, at 3 p.m. (Eastern time).

5. Accordingly, the parties respectfully request that the Court grant the following relief:

a. Grant an enlargement of time to and including April 1, 2008, within which to file the court-ordered joint report regarding the filings of this case in this Court and the *Nez Perce* accounting case in the United States District Court; and

b. Grant a continuance of the joint status conference to April 9, 2008, at 3 p.m. (Eastern time) to discuss the matter.

6. The parties believe that the granting of this joint motion will not cause any undue prejudice or harm to their rights and interests herein. Further, they believe that the granting of the joint motion will serve the public interest and the goal of judicial economy and efficiency by ensuring that the Court will have the benefit of a full and complete joint status report. Additionally, they believe that the denial of the joint motion will result in an inadequate opportunity to conduct the necessary research and information-gathering; to draft and submit for review and comment; and to finalize and file a fully adequate and comprehensive joint report with the Court.

WHEREFORE, the parties respectfully request that their joint motion be GRANTED.

Respectfully submitted this 10th day of March, 2008,

RONALD J. TENPAS
Assistant Attorney General

*s/ K. Heidi Gudgell, by s/ E. Kenneth Stegeby*
*pursuant to written authorization*
*on March 10, 2008*
K. HEIDI GUDGELL
Office of Legal Counsel
Nez Perce Tribe

*s/ E. Kenneth Stegeby*
E. KENNETH STEGEBY, DC Bar #474127
United States Department of Justice
Environment and Natural Resources Division

P.O. Box 305
Lapwai, ID 83540
Tel: (208) 843-7355
Fax: (208) 843-7377

Attorney of Record for Plaintiff

P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 616-4119
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021

MICHAEL BIANCO
United States Department of the Interior
Office of the Solicitor
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **NEZ PERCE TRIBE,**<br><br>Plaintiff,<br><br>vs.<br><br>**UNITED STATES OF AMERICA,**<br><br>Defendant. | **Case No. 06-910L**<br>**Judge Charles F. Lettow** |

**[PROPOSED] ORDER**

This matter is before the court on the parties' joint motion for enlargement of time to file a joint status report and for continuance of a joint status conference. Upon consideration of the joint motion and for good cause shown, it is hereby ORDERED that

1. The joint motion should be and hereby is GRANTED.

2. The parties shall have to and including April 1, 2008, to file their joint report regarding the applicability of 28 U.S.C. § 1500 to this case.

3. The joint status conference on the matter shall be re-scheduled for April 9, 2008, at 3:00 p.m. (Eastern time).

SO ORDERED.

HON. CHARLES F. LETTOW
Judge, United States Court of Federal Claims