IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-910L

(Filed: March 12, 2008)

NEZ PERCE TRIBE,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the parties' joint motion for an enlargement of time, to and including April 1, 2008, to file a joint status report status report, and for a continuance of the joint status conference, to April 9, 2008, at 3:00 p.m. EST.

Good cause having been shown, the parties' joint motion is GRANTED.

The parties are requested to file a joint status report on or before April 1, 2008. As detailed in the court's order of February 27, 2008, the report should set out the parties' views as to whether *Nez Perce Tribe v. Kempthorne*, No. 1:06-cv-02239-JR (D.D.C.) (the "*Nez Perce Accounting Case*") or this case was filed first. The court notes that the cases were filed on the same day but that it is not apparent from the paper record which case was filed first.

The court will hold a telephonic status conference on April 9, 2008 at 3:00 p.m. EST to address the applicability of 28 U.S.C. § 1500. The court will initiate the call.

It is so ORDERED.

s/ Charles F. Lettow
Judge