**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **NEZ PERCE TRIBE,**<br><br>Plaintiff,<br><br>vs.<br><br>**UNITED STATES OF AMERICA,**<br><br>Defendant. | **Case No. 06-910L**<br>**Judge Charles F. Lettow**<br><br>**DECLARATION OF**<br>**K. HEIDI GUDGELL** |

I, K. HEIDI GUDGELL, being duly sworn, declare:

1. I am over twenty-one (21) years of age, understand the meaning and obligations of an oath, and have personal knowledge of all matters set forth herein.

2. I am counsel of record for the Nez Perce Tribe in the above matter.

3. My legal assistant, Ronda K. Nichols, is, and has been, out of the office due to a back injury and is unavailable to submit a declaration as to the facts set forth herein.

4. On December 27, 2006, on my behalf and at my direction, Ms. Nichols sent the Complaint in the above matter to this Court by FedEx for next business day delivery. Exhibit A attached hereto is a true and correct copy of the FedEx Airbill containing FedEx Tracking No. 859635183622 that accompanied the Complaint.

5. Attached hereto as Exhibit B is a true and correct copy of the FedEx proof-of-delivery for FedEx Tracking No. 859635183622 that I printed from the FedEx website on March 3, 2008. The delivery information section of Exhibit B states that the package containing the Complaint in the above matter was delivered to this Court on December 28, 2006 at 09:00.

6. On March 13, 2008, I spoke by telephone with Greg Hughes, the Chief Deputy Clerk of the Federal District Court for the District of Columbia regarding that court's filing procedures on December 28, 2006. Mr. Hughes told me generally that documents, including complaints, were filed in the order in which they are received. He further told me that complaints were not filed until the clerk's office received payment for the filing fee.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 25th day of March, 2008.

K. Heidi Gudgell

K. HEIDI GUDGELL

State of Idaho )
)ss.
County of Nez Perce )

Subscribed and sworn to before me this 25th day of March, 2008.

Marlene Trumbo

Notary Public
Residing: Lewiston, ID
My commission expires: 10-30-2013

MARLENE TRUMBO
NOTARY PUBLIC
STATE OF IDAHO

FedEx Express US Airbill

FedEx Tracking Number 8596 3518 3622

Sender's Copy

**1 From** *Please print and press hard.*

Date 12/27/06 Sender's FedEx Account Number 1322-4785-4

Sender's Name K. Heidi Gudgell Phone (208) 843-7355

Company NEZ PERCE TRIBAL/EXEC COMM

Address 100 AGENCY RD

Dept./Floor/Suite/Room

City LAPWAI State ID ZIP 83540

**2 Your Internal Billing Reference** OPTIONAL

First 24 characters will appear on invoice.

**3 To**

Recipient's Name Clerk of Court Phone (202) 357-6400

Company U.S. Court of Federal Claims

Recipient's Address 717 Madison Place, NW

We cannot deliver to P.O. boxes or P.O. ZIP codes. Dept./Floor/Suite/Room

Address

To request a package be held at a specific FedEx location, print FedEx address here.

City Washington State DC ZIP 20005

0347801827

Schedule a pickup at fedex.com

Simplify your shipping. Manage your account. Access all the tools you need.

**4a Express Package Service** *Packages up to 150 lbs.*

- [x] FedEx Priority Overnight — Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx Standard Overnight — Next business afternoon.* Saturday Delivery NOT available.
- [ ] FedEx First Overnight — Earliest next business morning delivery to select locations.* Saturday Delivery NOT available.
- [ ] FedEx 2Day — Second business day.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx Express Saver — Third business day.* Saturday Delivery NOT available.

FedEx Envelope rate not available. Minimum charge: One-pound rate. * To most locations.

**4b Express Freight Service** *Packages over 150 lbs.*

- [ ] FedEx 1Day Freight* — Next business day.** Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx 2Day Freight — Second business day.** Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx 3Day Freight — Third business day.** Saturday Delivery NOT available.

* Call for Confirmation: ** To most locations.

**5 Packaging**

- [x] FedEx Envelope*
- [ ] FedEx Pak* — Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak.
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

* Declared value limit $500.

**6 Special Handling** Include FedEx address in Section 3.

- [ ] SATURDAY Delivery NOT Available for FedEx Standard Overnight, FedEx First Overnight, FedEx Express Saver, or FedEx 3Day Freight.
- [ ] HOLD Weekday at FedEx Location NOT Available for FedEx First Overnight.
- [ ] HOLD Saturday at FedEx Location Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

Does this shipment contain dangerous goods? One box must be checked.

- [x] No
- [ ] Yes As per attached Shipper's Declaration.
- [ ] Yes Shipper's Declaration not required.
- [ ] Dry Ice Dry Ice, 9, UN 1845 ____ x ____ kg
- [ ] Cargo Aircraft Only

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging.

**7 Payment** *Bill to:* Enter FedEx Acct. No. or Credit Card No. below.

- [x] Sender — Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

FedEx Acct. No. Credit Card No. Exp. Date

| Total Packages | Total Weight | Total Declared Value† | |
|---|---|---|---|
| 1 | | $ .00 | FedEx Use Only |

†Our liability is limited to $100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

**8 *NEW* Residential Delivery Signature Options** If you require a signature, check Direct or Indirect.

- [ ] No Signature Required — Package may be left without obtaining a signature for delivery.
- [x] Direct Signature — Anyone at recipient's address may sign for delivery. *Fee applies.*
- [ ] Indirect Signature — If no one is available at recipient's address, anyone at a neighboring address may sign for delivery. *Fee applies.*

519

Rev. Date 11/05•Part #158279•©1994–2005 FedEx•PRINTED IN U.S.A.•SRF

FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

March 3,2008

Dear Customer:

The following is the proof-of-delivery for tracking number **859635183622**.

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery date:** | Dec 28, 2006 09:00 |
| **Signed for by:** | M.JONES | | |
| **Service type:** | Priority Overnight | | |



**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 859635183622 | **Ship date:** | Dec 27, 2006 |

**Recipient:**
WASHINGTON, DC US

**Shipper:**
LAPWAI, ID US

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339