IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE NEZ PERCE TRIBE<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES<br><br>*Defendant.* | ) | 1:06-cv-00910-CFL |

**AFFIDAVIT OF GAYLA FILLS PIPE**

**BEFORE ME**, the undersigned GAYLA FILLS PIPE, personally appeared and after being sworn did depose and say:

1. I am over the legal age of eighteen years and am competent to testify to the facts stated herein. I have personal knowledge of the facts herein and they are true and correct.

2. I am a legal assistant at the Native American Rights Fund, 1506 Broadway, Boulder, Colorado, and I have worked in that capacity since May 1, 2004.

3. On December 27, 2006 I prepared the Complaint and related documents in the case of *Nez Perce Tribe, et al. v. Kempthorne, et al.*, later assigned case number 1:06-cv-002239, for shipment via Federal Express overnight delivery to the United States District Court for the District of Columbia, Washington, DC with the Federal Express tracking number 707713953593, and reference number 326061.

4. On December 28, 2006 I received from Federal Express an e-mail tracking update stating that a shipment with tracking number 707713953593, and reference

number 326061, was delivered on December 28, 2006 at 10:28 A.M. EST to the Receptionist/Front Desk. U.S. District Court Clerks Office, Rm 1225, 333 Constitution Avenue, N.W., Washington, D.C., 20001, and that J. Cureton signed for the delivery.

I declare under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

[signature]

Gayla Fills Pipe

Sworn before me and subscribed in my presence

this 17 day of March, 2008.

[signature]

Notary Public

My commission expires:

10/23/2011