IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE NEZ PERCE TRIBE, *Plaintiff,* v. UNITED STATES. *Defendant.* | ) | **1:06-cv-00910-CFL** |

**AFFIDAVIT OF DAWN STURDEVANT BAUM**

**BEFORE ME**, the undersigned, **DAWN STURDEVANT BAUM,** personally came and appeared, and who after being sworn did depose and say:

1. I am over the legal age of eighteen years and am competent to testify to the facts stated herein. I have personal knowledge of the facts stated herein and they are true and correct.

2. I am an attorney at the Native American Rights Fund (NARF), 1712 N Street, N.W., Washington, DC 20036, and have worked in that capacity since November 1, 2006.

3. On December 28, 2006, sometime before 1:33 P.M. Eastern Standard Time (EST), I received a telephone call from Melody McCoy, an attorney in NARFs office in Boulder, Colorado, advising me that: (1) the Complaint in the case of *Nez Perce Tribe, et al. v. Kempthorne, et al.,* later assigned case number, 1:06-cv-002239, had been prepared on December 27, 2006, by NARF's Boulder office for overnight shipment by Federal Express to the United States District Court for the

District of Columbia in Washington, DC; and, (2) to the best of Ms. McCoy's knowledge the check for the case's filing fees was not included in the Federal Express package that the NARF Boulder office had prepared for Federal Express shipment. Ms McCoy requested that I personally deliver to the Office of the Clerk for the U. S. District Court for the District of Columbia a check for the case's filing fees. Sometime after that telephone call, at 1:33 P.M. EST, I received an email from Ms. McCoy confirming that: (1) the Federal Express package had been delivered to the U. S. District Court for the District of Columbia; and, (2) I still needed to deliver a check for the case's filing fees to the Court.

4. Immediately after the telephone call and email, I travelled by taxicab to the Courthouse of the U.S. District Court for the District of Columbia. At approximately 2:00 P.M. EST I personally delivered a check to the Clerk's Office of the U. S. District Court for the District of Columbia, 333 Constitution Avenue, Washington, DC, 20001, and confirmed with the person at the Clerk's Office who received the check that it was for the filing fees in the case of *Nez Perce Tribe, et al. v. Kempthorne, et al.*, later assigned case number 1:06-cv-002239. I travelled directly back to my office and at 2:18 P.M. EST I confirmed by e-mail to Ms McCoy that I had delivered the check for the case's filing fees to the U.S. District Court for the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

Dawn Sturdevant Baum

Sworn before me and subscribed in my presence

this 24th day of March, 2008.

Notary Public

My commission expires:

Darian Balcom
Notary Public, District of Columbia
My Commission Expires 6/14/2012