IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-910L

(Filed: April 9, 2008)

NEZ PERCE TRIBE

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER TO SHOW CAUSE

The court acknowledges the joint status report regarding the applicability of 28 U.S.C. § 1500 to this case, filed April 1, 2008.

Following a telephonic status conference held today, April 9, 2008, plaintiff is directed to show cause why the case should not be dismissed in light of the jurisdictional issue raised by 28 U.S.C. § 1500. Plaintiff's response to this Order to Show Cause shall be due May 23, 2008, defendant's response shall be due June 20, 2008, and any reply by the plaintiff shall be due July 3, 2008. A hearing shall be held by telephonic means on July 22, 2008, commencing at 3:00 p.m. EDT. The court will initiate the call. If an evidentiary hearing on the jurisdictional issue becomes necessary, such hearing will be held on July 25, 2008, commencing at 10:00 a.m. EDT at the National Courts Building, with the specific courtroom to be designated in a posting in the lobby of the courthouse.

It is so ORDERED.

s/ Charles F. Lettow
Judge