# Civil Cases Report

## U.S. District Court -- District of Columbia
## Filed Report Period: 12/28/2006 - 12/28/2006

| Case Number/ Title | Case Dates | Days Pending | Notes |
|---|---|---|---|
| 1:06-cv-02230-TFH **LEE v. UNITED STATES OF AMERICA** | *Case filed:* 12/28/2006 | 511 | *Cause:* Motion to Vacate, Set Aside or Correct Sentence *NOS:* 510 Prisoner: Vacate Sentence *Office:* Washington, DC *Jurisdiction:* U.S. Government Defendant *Presider:* Thomas F. Hogan *Jury demand:* None *Case flags:* 2255, CASREF, PROSE-PR, TYPE-G |
| 1:06-cv-02236-JR **TOHONO O'ODHAM NATION v. KEMPTHORNE et al** | *Case filed:* 12/28/2006 | 511 | *Cause:* 28:1362 Indian Tribal Controversy *NOS:* 890 Other Statutory Actions *Office:* Washington, DC *Jurisdiction:* U.S. Government Defendant *Presider:* James Robertson *Jury demand:* None *Case flags:* TYPE-E |
| 1:06-cv-02237-RMU **NA'IM v. RICE** | *Case filed:* 12/28/2006 | 511 | *Cause:* 42:2000e Job Discrimination (Employment) *NOS:* 442 Civil Rights: Jobs *Office:* Washington, DC *Jurisdiction:* U.S. Government Defendant *Presider:* Ricardo M. Urbina *Settlement:* Deborah A. Robinson *Jury demand:* Plaintiff *Case flags:* CASREF, JURY, TYPE-H |
| 1:06-cv-02239-JR **NEZ PERCE TRIBE et al v. KEMPTHORNE et al** | *Case filed:* 12/28/2006 EXHIBIT A - 1 | 511 | *Cause:* 28:1362 Indian Tribal Controversy *NOS:* 890 Other Statutory Actions *Office:* Washington, DC *Jurisdiction:* U.S. |

| | | | |
|---|---|---|---|
| | | | Government Defendant<br>*Presider:* James Robertson<br>*Jury demand:* None<br>*Case flags:* STAYED, TYPE-C |

**Total number of cases reported:** 4

**Selection Criteria for Report**

| | |
|---|---|
| **Office** | All |
| **Case Type** | cv |
| **Nature of Suit** | All |
| **Cause** | All |
| **Jurisdiction** | All |
| **Filed Date** | 12/28/2006 - 12/28/2006 |
| **Case Flags** | All |
| **Terminal Digits** | All |
| **Open Cases** | Yes |
| **Closed Cases** | No |
| **Sort by** | case number |

---

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/22/2008 11:34:58 | | | |
| **PACER Login:** | cn0115 | **Client Code:** | |
| **Description:** | Civil Cases Report | **Search Criteria:** | Filed From: 12/28/2006 Filed To: 12/28/2006 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

---

**EXHIBIT A - 2**