# Civil Cases Report

## US Court of Federal Claims -- United States Court of Federal Claims
## Filed Report Period: 12/28/2006 - 12/28/2006

| Case Number/ Title | Case Dates | Days Pending | Notes |
|---|---|---|---|
| 1:06-cv-00908-LMB **HOOPA VALLEY TRIBE v. USA** | *Case filed:* 12/28/2006 | 511 | *Cause:* 28:1491 Tucker Act<br>*NOS:* 504 Native American<br>*Office:* COFC<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Lawrence M. Baskir<br>*Referral:* Marian Blank Horn<br>*Jury demand:* None<br>*Case flags:* ADR, AUTO, ECF |
| 1:06-cv-00909-TCW **HAUDENOSAUNEE, THE v. USA** | *Case filed:* 12/28/2006 | 511 | *Cause:* 28:1491 Tucker Act<br>*NOS:* 504 Native American<br>*Office:* COFC<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Thomas C. Wheeler<br>*Jury demand:* None |
| 1:06-cv-00910-CFL **NEZ PERCE TRIBE v. USA** | *Case filed:* 12/28/2006 | 511 | *Cause:* 28:1491 Tucker Act<br>*NOS:* 504 Native American<br>*Office:* COFC<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Charles F. Lettow<br>*Jury demand:* None<br>*Case flags:* ECF |
| 1:06-cv-00911-NBF **OMAHA TRIBE OF NEBRASKA v. USA** | *Case filed:* 12/28/2006 | 511 | *Cause:* 28:1491 Tucker Act<br>*NOS:* 504 Native American<br>*Office:* COFC<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Nancy B. Firestone<br>*Jury demand:* None<br>*Case flags:* ECF |
| 1:06-cv-00912-EGB **CONFEDERATED TRIBES OF THE GOSHUTE RESERVATION v. USA** | *Case filed:* 12/28/2006<br><br>**EXHIBIT B - 1** | 511 | *Cause:* 28:1491 Tucker Act<br>*NOS:* 504 Native American<br>*Office:* COFC<br>*Jurisdiction:* U.S. Government Defendant |

| | | | |
|---|---|---|---|
| | | | *Presider:* Eric G. Bruggink<br>*Jury demand:* None<br>*Case flags:* ECF |
| 1:06-cv-00913-MMS<br>**WINNEBAGO v. USA** | *Case filed:* 12/28/2006 | 511 | *Cause:* 28:1491 Tucker Act<br>*NOS:* 504 Native American<br>*Office:* COFC<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Margaret M. Sweeney<br>*Jury demand:* None<br>*Case flags:* ECF |
| 1:06-cv-00914-LB<br>**NORTHWESTERN BAND OF SHOSHONE v. USA** | *Case filed:* 12/28/2006 | 511 | *Cause:* 28:1491 Tucker Act<br>*NOS:* 504 Native American<br>*Office:* COFC<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Lawrence J. Block<br>*Jury demand:* None<br>*Case flags:* ECF |
| 1:06-cv-00915-NBF<br>**CHEYENNE RIVER SIOUX TRIBE v. USA** | *Case filed:* 12/28/2006 | 511 | *Cause:* 28:1491 Tucker Act<br>*NOS:* 504 Native American<br>*Office:* COFC<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Nancy B. Firestone<br>*Referral:* Marian Blank Horn<br>*Jury demand:* None<br>*Case flags:* ADR, AUTO, ECF |
| 1:06-cv-00916-NBF<br>**STILLAGUAMISH TRIBE OF INDIANS v. USA** | *Case filed:* 12/28/2006 | 511 | *Cause:* 28:1491 Tucker Act<br>*NOS:* 504 Native American<br>*Office:* COFC<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Nancy B. Firestone<br>*Referral:* Marian Blank Horn<br>*Jury demand:* None<br>*Case flags:* ADR, AUTO, ECF |
| 1:06-cv-00917-CFL<br>**EASTERN SHAWNEE TRIBE OF OKLAHOMA v. USA** | *Case filed:* 12/28/2006 | 511 | *Cause:* 28:1491 Tucker Act<br>*NOS:* 504 Native American<br>*Office:* COFC<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Charles F. Lettow<br>*Jury demand:* None<br>*Case flags:* ECF, PROTO |
| 1:06-cv-00918-JFM<br>**MUSCOGEE (CREEK)** | *Case filed:* 12/28/2006 | 511 | *Cause:* 28:1491 Tucker Act<br>*NOS:* 504 Native American |

**EXHIBIT B - 2**

| | | | |
|---|---|---|---|
| **NATION OF OKLAHOMA v. USA** | | | *Office:* COFC<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* James F. Merow<br>*Jury demand:* None<br>*Case flags:* ECF, PROTO |
| 1:06-cv-00919-LMB<br>**WYANDOT NATION OF KANSAS v. USA** | *Case filed:* 12/28/2006 | 511 | *Cause:* 28:1491 Tucker Act<br>*NOS:* 504 Native American<br>*Office:* COFC<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Lawrence M. Baskir<br>*Referral:* Marian Blank Horn<br>*Jury demand:* None<br>*Case flags:* ADR, AUTO, ECF, PROTO |
| 1:06-cv-00920-EJD<br>**IOWA TRIBE OF KANSAS AND NEBRASKA v. USA** | *Case filed:* 12/28/2006 | 511 | *Cause:* 28:1491 Tucker Act<br>*NOS:* 504 Native American<br>*Office:* COFC<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Edward J. Damich<br>*Jury demand:* None<br>*Case flags:* ECF |
| 1:06-cv-00921-LJB<br>**PRAIRIE BAND OF POTAWATOMI INDIANS v. USA** | *Case filed:* 12/28/2006 | 511 | *Cause:* 28:1491 Tucker Act<br>*NOS:* 504 Native American<br>*Office:* COFC<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Lynn J. Bush<br>*Referral:* Marian Blank Horn<br>*Jury demand:* None<br>*Case flags:* ADR, AUTO, ECF, PROTO |
| 1:06-cv-00922-LB<br>**LOWER BRULE SIOUX TRIBE v. USA** | *Case filed:* 12/28/2006 | 511 | *Cause:* 28:1491 Tucker Act<br>*NOS:* 504 Native American<br>*Office:* COFC<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Lawrence J. Block<br>*Jury demand:* None<br>*Case flags:* ECF |
| 1:06-cv-00923-JPW<br>**RED CLIFF BAND OF LAKE SUPERIOR CHIPPEWA INDIANS v. USA** | *Case filed:* 12/28/2006<br><br>**EXHIBIT B - 3** | 511 | *Cause:* 28:1491 Tucker Act<br>*NOS:* 504 Native American<br>*Office:* COFC<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* John P. Wiese<br>*Jury demand:* None |

| | | | |
|---|---|---|---|
| | | | *Case flags:* ECF |
| 1:06-cv-00924-JFM **ROSEBUD SIOUX TRIBE, v. USA** | *Case filed:* 12/28/2006 | 511 | *Cause:* 28:1491 Tucker Act<br>*NOS:* 504 Native American<br>*Office:* COFC<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* James F. Merow<br>*Jury demand:* None<br>*Case flags:* ECF, PROTO |

**Total number of cases reported:** 17

**Selection Criteria for Report**

| | |
|---|---|
| **Office** | All |
| **Case Type** | cv |
| **Nature of Suit** | All |
| **Cause** | All |
| **Jurisdiction** | All |
| **Filed Date** | 12/28/2006 - 12/28/2006 |
| **Case Flags** | All |
| **Terminal Digits** | All |
| **Open Cases** | Yes |
| **Closed Cases** | No |
| **Sort by** | case number |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/22/2008 17:48:48 | | | |
| **PACER Login:** | cn0115 | **Client Code:** | |
| **Description:** | Civil Cases Report | **Search Criteria:** | Filed From: 12/28/2006 Filed To: 12/28/2006 |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |

**EXHIBIT B - 4**