# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE NEZ PERCE TRIBE, Plaintiff, | ) | |
| v. | ) | Case No. 06-9101<br>Judge Charles F. Lettow |
| UNITED STATES OF AMERICA, Defendant. | ) | DECLARATION OF<br>DONALD R. WHARTON |

I, Donald R. Wharton, being duly sworn, declare:

1. I am over twenty-one (21) years of age, understand the meaning and obligations of an oath, and have personal knowledge of all matters set forth herein.

2. I am employed by the Native American Rights Fund (NARF) in Boulder, Colorado, and I am counsel of record for the plaintiff tribes in *Nez Perce Tribe, et al. v. Kempthorne, et al.,* No. 1:06cv2239(JR), a lawsuit brought in the United States District Court for the District of Columbia on the 28th day of December, 2006.

3. Gayla Fills Pipe was on the dates of December 27 and 28, 2006, a legal assistant at NARF,

and Ms. Fills Pipe is no longer employed at NARF.

4. At my direction and under my supervision, Ms. Fills Pipe, on December 27, 2006, prepared the case of *Nez Perce Tribe, et al. v. Kempthorne, et al.*, later designated No. 1:06cv2239(JR), for filing in the United States District Court for the District of Columbia by preparing it for Federal Express overnight delivery with tracking number 707713953593, and reference number 326061, as is set out in her affidavit filed in the above captioned matter and dated the 17th day of March, 2008 (Doc. No. 12-3).

5. *Nez Perce Tribe, et al. v. Kempthorne, et al.*, No. 1:06cv2239(JR) was the only case that NARF filed in the United States District Court for the District of Columbia on December 28, 2006.

6. On December 28, 2006, at 11:24 A.M., Mountain Standard Time (MST), at my request Ms. Fills Pipe forwarded to me a copy of the FedEx "Tracking Updates" entitled "FedEx Shipment 707713953593 Delivered" that she requested and received from Federal Express at 9:04 A.M.-MST by electronic mail. A true and correct copy of said FedEx Tracking Update is attached hereto as Exhibit 1. A true and correct copy of said confirming electronic mail received by Ms. Fills Pipe from Fed Ex on December 28, 2006, is attached hereto as Exhibit 2.

7. On May 18, 2008, I retrieved from the FedEx website a copy of the "proof-of-delivery" on number 707713953593, and reference number 326061, which reflects that the complaint in *Nez Perce Tribe, et al. v. Kempthorne, et al.* No. 1:06cv2239(JR) was delivered to the United States District Court for the District of Columbia at 10:28 A.M., Eastern Standard Time, on December 28, 2006. A true and correct copy of said FedEx tracking report is attached hereto as Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 23rd of May, 2008.

Donald R. Wharton

Donald R. Wharton

State of Colorado )
)ss.
County of Boulder )
Subscribed and sworn before me this 23rd day of May, 2008

Joanne Sokler

Notary Public
Residing: 12405 Abbey St, Broomfield, CO
My Commission Expires: 3/13/2012

## Don Wharton

**From:** Gayla Fills Pipe [gayla@narf.org]
**Sent:** Thursday, December 28, 2006 9:24 AM
**To:** Don Wharton
**Subject:** Fw: FedEx Shipment 707713953593 Delivered

----- Original Message -----
**From:** TrackingUpdates@fedex.com
**To:** gayla@narf.org
**Sent:** Thursday, December 28, 2006 9:04 AM
**Subject:** FedEx Shipment 707713953593 Delivered

---

This tracking update has been requested by:

Name: Gayla

E-mail: gayla@narf.org

---

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Tracking number: | 707713953593 |
| Reference: | 326061 |
| Ship (P/U) date: | Dec 28, 2006 |
| Delivery date: | Dec 28, 2006 10:28 AM |
| Sign for by: | J.CURETON |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 1.0 LB |

| Shipper Information | Recipient Information |
|---|---|
| Gayla Fills Pipe | CLERKS OFFICE U S DISTRICT |
| Native American Rights Fund | ATTY ADMISSION SECT RM 1225 |
| 1506 Broadway | COURT FOR THE DISTRICT OF COLU |
| Boulder | MBIA 333 CONSTITUTION AVE NW |
| CO | WASHINGTON |
| US | DC |
| 80302 | US |
| | 20001 |

Special handling/Services:
Deliver Weekday

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:04 AM CST on 12/28/2006.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

EXHIBIT 1

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

## Gayla Fills Pipe

**From:** <TrackingUpdates@fedex.com>
**To:** <gayla@narf.org>
**Sent:** Thursday, December 28, 2006 9:04 AM
**Subject:** FedEx Shipment 707713953593 Delivered

---

This tracking update has been requested by:

Name: Gayla

E-mail: gayla@narf.org

---

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Tracking number: | 707713953593 |
| Reference: | 326061 |
| Ship (P/U) date: | Dec 28, 2006 |
| Delivery date: | Dec 28, 2006 10:28 AM |
| Sign for by: | J.CURETON |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 1.0 LB |

| Shipper Information | Recipient Information |
|---|---|
| Gayla Fills Pipe | CLERKS OFFICE U S DISTRICT |
| Native American Rights Fund | ATTY ADMISSION SECT RM 1225 |
| 1506 Broadway | COURT FOR THE DISTRICT OF COLU |
| Boulder | MBIA 333 CONSTITUTION AVE NW |
| CO | WASHINGTON |
| US | DC |
| 80302 | US |
| | 20001 |

Special handling/Services:
Deliver Weekday

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:04 AM CST on 12/28/2006.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

EXHIBIT 2

Track Shipments/FedEx Kinko's Orders

# Detailed Results

Quick Hel

| | | | |
|---|---|---|---|
| **Tracking number** | 707713953593 | **Reference** | 326061 |
| **Signed for by** | J.CURETON | **Destination** | WASHINGTON, DC |
| **Ship date** | Dec 27, 2006 | **Service type** | Priority Overnight |
| **Delivery date** | Dec 28, 2006 10:28 AM | | |
| **Status** | Delivered | | |
| **Signature image available** | Yes | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Dec 28, 2006** | 10:28 AM | **Delivered** | WASHINGTON, DC | |

Signature proof | Track more shipments/orders

**E-mail your detailed tracking results (optional)**

Enter your name and e-mail address, submit up to three e-mail addresses, add your message (optional), and click **Submit**. If you include a message, you must enter your name and e-mail address in the fields provided.

**Add personal message:**

EXHIBIT 3