**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**NEZ PERCE TRIBE,**

Plaintiff,

v.

**UNITED STATES OF AMERICA,**

Defendant.

**Case No. 06-910L**
**Judge Charles F. Lettow**

**JOINT MOTION FOR MODIFICATION OF THE BRIEFING SCHEDULE ON THE SHOW CAUSE ORDER AND FOR EXTENSION OF THE ORAL ARGUMENT DATE**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims ("RCFC"), Plaintiff Nez Perce Tribe and Defendant United States of America respectfully submit this joint motion for an enlargement of time within which to file their Opposition and Reply briefs in response to the Court's April 9, 2008 Order to Show Cause pursuant to 28 U.S.C. § 1500. The parties further ask that the Court extend the date of the hearing in this matter.

Defendant's Opposition brief is currently due on June 20, 2008 and Plaintiff's Reply brief is due on July 3, 2008. The parties jointly request that the Court extend the due dates by 18 days and 14 days, respectively, and move the due date for Defendant's Opposition to July 8, 2008, and Plaintiff's Reply to July 22, 2008. The hearing in this matter is presently scheduled for July 22, 2008, and the parties respectfully ask that the Court extend the hearing date by approximately 14 days to some day suitable to the Court during the week starting on August 4, 2008, except August 8, 2008.

This is the first request for an enlargement of time, and the parties seek the additional time on the following grounds:

1. Undersigned counsel for Defendant has been and continues to be working diligently on Defendant's brief in opposition to Plaintiff's response to the Court's order. Nonetheless, because of the complexity and significance of the issues implicated or potentially implicated in Defendant's opposition, Defendant's counsel requires adequate time to coordinate and complete his research and drafting; submit the draft brief to the appropriate officials and staffers at the Departments of Justice, the Interior, and the Treasury for review; coordinate the reviews; incorporate and otherwise address any resulting comments; finalize the brief; and file it with the Court. In addition to working on Defendant's opposition brief, undersigned counsel is also actively working on the following Tribal trust accounting and trust mismanagement cases: Jicarilla Apache Nation v. United States, Case No. 1:02-cv-00025-FMA (Fed. Cl.); Navajo Nation v. United States, Case No. 1:06-cv-00945-FMA (Fed. Cl.); Shoshone Indian Tribe of the Wind River Reservation v. United States, Case No. 1:79-cv-00458-ECH (Fed. Cl.); Coeur D'Alene Tribe v. Kempthorne, Case No. 1:06-cv-02242-JR (D.D.C.); Confederated Tribes of the Colville Reservation v. Norton, Case No. 1:05-cv-02471-JR (D.D.C.); Nez Perce Tribe et al. v. Kempthorne, Case No. 1:06-cv-02239-JR (D.D.C.); and Te-Moak Tribe of Western Shoshone Indians v. Norton, Case No. 1:05-cv-02500-JR (D.D.C.). Further, undersigned counsel is actively working on the following unrelated cases: Takaho Estates, LLC v. United States, Case No. 1:08-cv-00212-SGB (Fed. Cl.); Otay Mesa Property L.P. v. United States, Case No. 1:06-cv-00167-TCW (Fed. Cl.); and Trunk v. City of San Diego, Case No. 3:06-cv-01597-LAB-WMC (S.D. Cal.).

2. Also, Defendant's co-counsel, as well as the attorneys from the Solicitor's Office of the Interior Department and the Chief Counsel's Office of the Financial Management Service

of the Treasury Department who are assigned as agency counsel herein, have been and continue to be busy with not only this case but also the 99 other Tribal trust accounting and trust mismanagement cases that have been filed in this Court and the various United States District Courts, including those in the District of Columbia that are in active litigation.

3. In light of Defendant's request for an extension of time, Plaintiff respectfully requests 14 days, to and including July 22, 2008, to file its reply to Defendant's opposition.

4. The hearing date in this matter is currently scheduled for July 22, 2008, and the parties jointly request that the Court move the hearing date to some day suitable to the Court during the week starting on August 4, 2008, except August 8, 2008.

5. Granting this joint motion will not cause any undue prejudice or harm to the rights and interests of the parties herein. The parties in this case have been and continue to be in an informal settlement discussion process in an effort to resolve Plaintiff's issues and claims herein. At the same time, however, the denial of this joint motion would cause prejudice and harm to the Defendant's positions because it would not have sufficient time to complete its preparation of the brief and undertake a full and thorough review of it before filing.

WHEREFORE, the parties respectfully request that this Court grant their joint motion and allow Defendant to and including July 8, 2008 within which to file its Opposition, and Plaintiff to and including July 22, 2008 within which to file its Reply. The parties further request that the Court move the hearing date in this matter to some day suitable to the Court during the week starting on August 4, 2008, except August 8, 2008.

Respectfully submitted this 16th day of June 2008,

*s/ K. Heidi Gudgell, by E. Kenneth Stegeby, pursuant to authorization on June 16, 2008*
K. HEIDI GUDGELL
Nez Perce Tribe Office of
Legal Counsel
P.O. Box 305
Lapwai, ID 83540
Tel: 208.843.7355
Fax: 208.843.7377
HeidiG@nezperce.org

Attorney of Record for Plaintiff

*s/ E. Kenneth Stegeby*
E. KENNETH STEGEBY
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: 202.616.4119
Fax: 202.353.2021
Kenneth.Stegeby@usdoj.gov

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG
JODY SCHWARZ
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663

MICHAEL BIANCO
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227