IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-910L

(Filed: June 17, 2008)

NEZ PERCE TRIBE,

Plaintiff,

v.

UNITED STATES,

Defendant.

REVISED SCHEDULING ORDER

Pending before the court is the parties' joint motion for an Enlargement of Time and Extension of Oral Argument Date, filed on June 16, 2008. The parties request an enlargement of 18 days, to July 8, 2008, for the submission of defendant's opposition to the plaintiff's response to the Court's Order to Show Cause issued April 9, 2008. The parties further request an extension of 14 days, to July 22, 2008, for the submission of plaintiff's reply to defendant's opposition. Previously, defendant's opposition was due on June 20, 2008, and plaintiff's reply was due on July 3, 2008.

The parties also request an extension of approximately 14 days, to a day during the week of August 4, 2008, for the hearing currently scheduled for July 22, 2008.

Good cause having been shown, the parties' joint motion is GRANTED IN PART, and the Court's Order of April 9, 2008 is AMENDED as follows:

| Event | Original Deadline | Revised Deadline |
|---|---|---|
| Defendant's Brief | June 20, 2008 | July 8, 2008 |
| Plaintiff's Reply | July 3, 2008 | July 18, 2008 |
| Hearing | July 22, 2008 | unchanged |

The parties' joint motion is DENIED IN PART, insofar as it requests that the date of the hearing be changed.

It is so ORDERED.

s/ Charles F. Lettow
Judge