IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-910L

(Filed: July 17, 2008)

NEZ PERCE TRIBE,

Plaintiff,

v.

UNITED STATES,

Defendant.

REVISED SCHEDULING ORDER

Good cause having been shown, the Court's Order of April 9, 2008 is AMENDED insofar as the evidentiary hearing previously scheduled for 10:00 AM EDT on July 25, 2008 is concerned. That hearing is rescheduled and shall be held at 11:00 AM EDT on August 5, 2008.

Counsel and witnesses may appear either telephonically or in person, and no prior submission of a list of the parties' witnesses is required. The parties' presentation of evidence will not be constrained to a fixed period of time.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge