**AFFIDAVIT OF SANDRA L. WALSTON**

STATE OF TENNESSEE )
) ss
COUNTY OF SHELBY )

I, SANDRA L. WALSTON, being duly sworn, under penalty of perjury do depose and state the following under oath:

1. I am a Paralegal employed in the Legal Department at Federal Express Corporation ("FedEx") in Memphis, Tennessee. My business address is 3620 Hacks Cross Road, Building B – 2nd Floor, Memphis, Tennessee 38125.

2. In my capacity as Paralegal, I am a custodian of FedEx's records and am authorized to authenticate records under oath and make this affidavit on FedEx's behalf. I have reviewed the company documents related to this matter and on that basis have personal knowledge of the facts stated herein and could competently testify thereto if called to do so.

3. FedEx records indicate a shipment traveling under airbill number 707713953593 was tendered to FedEx on December 27, 2006 at 17:38, by Gayla Fills Pipe, Native American Rights Fund, 1506 Broadway, Boulder, Colorado 80302 , for Priority Overnight delivery addressed to Clerks Office U.S. District, Atty Admission Sect Rm 1225, Court for the District of Columbia, 333 Constitution Ave. NW, Washington, D.C. 20001.

4. FedEx records indicate that the shipment traveling under airbill number 707713953593 was subsequently delivered to receptionist/front desk at 333 Constitution Ave. Room 1225 on December 28, 2006, at 10:28 am and signature was obtained from J. Cureton.

FURTHER AFFIANT SAITH NOT.

[signature]
Sandra L. Walston

SWORN TO AND SUBSCRIBED before me this 29th day of July, 2008.

Notary Public: [signature]

My Commission Expires: MY COMMISSION EXPIRES OCT. 19, 2008

[seal] DEBORAH C. WATT STATE OF TENNESSEE NOTARY PUBLIC SHELBY COUNTY

Doc#741778